In the Matter of the Accounting of WASHINGTON H. RANSOM, as Executor and Trustee under the Will of RUBY F. COOPER, Deceased, Appellant.

ARTHUR F. COATES et al., Respondents.

*Matter of Ransom*, 155 App. Div. 876, affirmed.
(Argued June 2, 1914; decided June 16, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

January 7, 1913, which affirmed a decree of the Niagara County Surrogate's Court judicially settling the accounts of the executor and trustee under the will of Ruby F. Cooper, deceased.

*Carl L. Fritton* for appellant.

*Frederick M. Calder* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.